Cardillo & Corbett
Attorneys for Plaintiff
Godwin Austen International Limited
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GODWIN AUSTEN INTERNATIONAL LIMITED    :

                    Plaintiff    :

         -against-                     :       RULE N.Y.1 STATEMENT

BHARAT MARINES COMPANY INDIA, PTV. LTD., :

                    Defendant.   :
----------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, GODWIN AUSTEN INTERNATIONAL LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
        March 26, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              GODWIN AUSTEN INTERNATIONAL LIMITED

                 By: _____
                    Francis H. McNamara (FM 4649)