Cardillo & Corbett
Attorneys for Plaintiff
Godwin Austen International Limited
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
GODWIN AUSTEN INTERNATIONAL LIMITED,　　:
　　　　　　　　　　　　　　　　　　　　:　ECF
　　　　　　　　　　Plaintiff,　　　　　:　ORDER APPOINTING
　　　　　　　　　　　　　　　　　　　　:　PERSON TO SERVE
　　　　　　-against-　　　　　　　　　　:　PROCESS
　　　　　　　　　　　　　　　　　　　　:　08 Civ. 3087 (JGK)
BHARAT MARINES COMPANY INDIA,　　　　　:
PVT. LTD.,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　:
-----------------------------------------x

　　　　Upon motion of the Plaintiff for an order appointing Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

　　　　Upon reading the Affidavit of Francis H. McNamara, sworn to March 26, 2008, and good cause having been shown,

　　　　IT IS ORDERED that Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett, be and is hereby appointed, _over the age of 18 and not a party to this action_, to serve the

Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
March 26, 2008

_____
United State District Judge