```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GODWIN AUSTEN INTERNATIONAL LIMITED, :

              Plaintiff,    :

      v.                  :

BHARAT MARINES COMPANY INDIA,    :
PVT. LTD.
                             :

              Defendant.
------------------------------------x

ECF

08 Civ. 3087 (JGK)

**ORDER FOR DISMISSAL ON CONSENT**

      Upon the subjoined consent of the plaintiff GODWIN AUSTEN INTERNATIONAL LIMITED, by its attorneys Cardillo & Corbett, and it appearing that the defendant Bharat Marines Company India, Pvt. Ltd. has not appeared in this action,

      It is hereby **ORDERED**, that this case is dismissed, without prejudice and without costs.

                          CARDILLO & CORBETT
                          Attorneys for Plaintiff
                          GODWIN AUSTEN INTERNATIONAL LIMITED

                          By: _____
                          Francis H. McNamara (4649)
                          29 Broadway
                          New York, New York 10006
                          Tel: 212-344-0464
                          Fax: 212-797-1212

**SO ORDERED**

_____
United States District Judge      Dated: May 29, 2008